# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL DEGRAFFINREID,

        Petitioner,               Case Number: 04-CV-73732

v.                                    HON. JOHN CORBETT O'MEARA

BLAINE C. LAFLER,

        Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION FOR ORAL ARGUMENT

Petitioner Michael Degraffinreid has filed a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254.  Now before the Court is Petitioner's Motion for Oral Argument.  The Court determines that oral argument is not necessary at this time for a fair adjudication of the petition.  E.D. Mich. L.R. 7.1(e).

Accordingly, **IT IS ORDERED** that Petitioner's Motion for Oral Argument is **DENIED**.

                                        s/John Corbett O'Meara\
                                        John Corbett O'Meara\
                                        United States District Judge

Dated:  May 10, 2005