# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL DEGRAFFINREID,

        Petitioner,               Case Number: 04-73732

v.                                    HON. JOHN CORBETT O'MEARA

BLAINE C. LAFLER,

        Respondent.
_____/

## ORDER COMPELLING PRODUCTION OF STATE COURT RECORD

Petitioner Michael Degraffinreid, through his attorney, has filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to file an answer to the habeas corpus petition in accordance with Rule 5 of the Rules Governing Section 2254 cases. Rule 5 requires that, as part of its answer, respondent file a copy of any prior decisions, pleadings, briefs, and transcripts necessary to adjudicate the issues presented. Respondent filed an answer to the petition and the Rule 5 materials, including the trial transcript from the third day of Petitioner's trial on February 2, 2000. However, pages 43 through 88 are missing from that trial transcript.

The Court **ORDERS** Respondent to file the missing pages within **FOURTEEN DAYS** from the date of this Order.

                                        s/John Corbett O'Meara
                                        John Corbett O'Meara
                                        United States District Judge

Dated: May 25, 2006

Copies:

**Harrison W. Munson**
P.O. Box 802
Bloomfield Hills, MI 48303-0802

MoodyL@michigan.gov